# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONYA JOANNE SANFORD MAY, | Case No. 2:22-cv-00922-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Plaintiff resides in Carson City. *See* Docket No. 1-1 at 1 (identifying residence as Carson City, NV). Carson City is within the unofficial northern division of this District. LR IA 1-6. Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: June 14, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1